IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHELLY HURLEY, § | |
| § | |
| *Plaintiff*, § | |
| v. § | |
| § | |
| HEALTH CARE SERVICE § | CIVIL ACTION NO. 4:20-CV-962 |
| CORPORATION d/b/a BLUE CROSS § | |
| BLUE SHIELD OF TEXAS, § | |
| § | |
| *Defendant*. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shelly Hurley and Defendant Health Care Service Corporation (together the "Parties") stipulate to the dismissal of this action with prejudice. The Parties further stipulate that each will bear their own costs and attorneys' fees.

| | |
|---|---|
| **Dated: October 21, 2022** | Respectfully submitted, |
| **LAW OFFICE OF CLOUTMAN & GREENFIELD, P.L.L.C.** | **BAKER & HOSTETLER LLP** |
| | By: */s/ Mark D. Temple* |
| By: */s/ Adam S. Greenfield* | Mark D. Temple, a*ttorney-in-charge* |
| Adam S. Greenfield | Texas Bar No. 00794727 |
| agreenfield@candglegal.com | Emil M. Sadykhov, *of counsel* |
| Texas State Bar No. 24075494 | Texas Bar No. 24110316 |
| 6217 Bryan Parkway | 811 Main Street, Suite 1100 |
| Dallas, Texas 75124 | Houston, Texas 77002 |
| Telephone: (214) 642-7486 | Phone: (713) 751-1600 |
| | Facsimile: (713) 751-1717 |
| **ATTORNEY FOR PLAINTIFF** | mtemple@bakerlaw.com |
| **SHELLY HURLEY** | esadykhov@bakerlaw.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **HEALTH CARE SERVICE CORPORATION** |

## **CERTIFICATE OF SERVICE**

   In accordance with the Federal Rules of Civil Procedure, I hereby certify that on October 21, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice of this filing to all counsel of record in this matter.

                   /s/ *Adam S. Greenfield*
                   Adam S. Greenfield